In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00175-CV**
_____

**EMIL C. SHEBELBON II, Appellant**

**V.**

**MEGASAND ENTERPRISES INC., EAGLE SAND AND GRAVEL LLC, WILLIAMS BROTHERS CONSTRUCTION CO., INC., and 45 SRL INC., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-05-07216-CV**

**MEMORANDUM OPINION**

Appellant Emil C. Shebelbon II filed a motion to dismiss this appeal. This motion is voluntarily made by Shebelbon prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 7, 2019
Opinion Delivered August 8, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.